UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD A. EDWARDS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. LAMAS, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-1907 MCE CKD P<br><br><br>ORDER |

By order filed April 9, 2020, plaintiff was given the option to amend the complaint or to proceed immediately on his retaliation claims against defendants Trevino, Mendoza, Vivero, Hernandez, and Casillas. (ECF No. 11.) He was given fourteen days to return a form advising the court how he wished to proceed. (Id. at 8.) Fourteen days have now passed, and plaintiff has failed to return the form. He will be given one more opportunity to advise the court how he would like to proceed in this matter and is reminded that if he does not return the form the court will assume that he is choosing to proceed on the complaint as screened and the undersigned will recommend that the claims against defendant Lamas be dismissed without prejudice.

The court also notes that according to the California Department of Corrections and Rehabilitation's Inmate Locator website, plaintiff has been transferred from the Sierra Conservation Center to the California Institution for Men. The Clerk of the Court will therefore be directed to update plaintiff's address of record and plaintiff is advised that in the future he

must update the court when his address changes and that failure to do so may result in a recommendation that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to update plaintiff's address of record to California Institution for Men, P.O. Box 3100, Chino, CA 91708.

2. Within fourteen days of service of this order, plaintiff shall complete and return the attached form notifying the court whether he wants to proceed on the screened complaint or whether he wants to file a first amended complaint. If plaintiff does not return the form, the court will assume that he is choosing to proceed on the complaint as screened and will recommend dismissal without prejudice of the claims against defendant Lamas.

Dated: May 12, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13:edwa1907.option

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD A. EDWARDS,<br><br>          Plaintiff,<br><br>     v.<br><br>K. LAMAS, et al.,<br><br>          Defendants. | No.  2:19-cv-1907 MCE CKD P<br><br>PLAINTIFF'S NOTICE ON HOW TO PROCEED |

**Check one**:

\_\_\_\_\_  Plaintiff wants to proceed immediately on his retaliation claims against defendants Trevino, Mendoza, Vivero, Hernandez, and Casillas without amending the complaint. Plaintiff understands that by going forward without amending the complaint he is voluntarily dismissing without prejudice his claims against defendants Lamas pursuant to Federal Rule of Civil Procedure 41(a).

\_\_\_\_\_  Plaintiff wants to amend the complaint.

DATED:_____

                              Leonard A. Edwards
                              Plaintiff pro se

3